# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1193** | **September Term, 2025** |
| | DOE-Order-202-25-4 |
| | Filed On: September 29, 2025 [2137503] |

Illinois Office of Attorney General, et al.,

      Petitioners

    v.

United States Department of Energy and Chris Wright, Secretary, United States Department of Energy,

      Respondents

------------------------------

Consolidated with 25-1194

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 25-1194 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | October 29, 2025 |
| Statement of Issues to be Raised | October 29, 2025 |

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk
                       BY:    /s/
                                        Elbert B.J. Lestrade
                                        Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form