# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1193**                                    **September Term, 2025**

**DOE-202-25-4**

**Filed On: November 10, 2025** [2144589]

Illinois Office of Attorney General, et al.,
            Petitioners

            v.

United States Department of Energy and
Chris Wright, Secretary, United States
Department of Energy,
            Respondents
----------------------------

Consolidated with 25-1194

### **O R D E R**

Upon consideration of petitioners' unopposed motion regarding a briefing schedule and future proceedings, and respondents' motion to extend time to file certified index, it is

**ORDERED** that the motions be granted.  The parties are directed to file proposed briefing formats within 10 days after petitions challenging the Renewed Order, No. 202-25-8, are consolidated with No. 25-1193, et al., or by January 15, 2026, whichever is later.  The certified index to the record is now due within 60 days after the date appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions, or by January 9, 2026, whichever is later.

The parties are strongly urged to submit a joint briefing proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief.  Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment.  Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
            Catherine J. Lavender
            Deputy Clerk