NOT YET SCHEDULED FOR ORAL ARGUMENT

Nos. 25-1193, 25-1194 (consolidated)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ILLINOIS OFFICE OF ATTORNEY GENERAL, et al.,
*Petitioners*,

v.

UNITED STATES DEPARTMENT OF ENERGY, et al.,
*Respondents*.

Petition for Review of United States Department of Energy Order No. 202-25-4

**CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT LUNDMAN
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
rebecca.jaffe@usdoj.gov

Pursuant to Fed. R. App. P. 17(b)(1)(B) and Circuit Rule 17(b), attached is a certified list of the materials constituting the administrative record in the present consolidated petitions for review.

Respectfully submitted,

/s/ *Rebecca Jaffe*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT LUNDMAN
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice

*Counsel for Federal Respondents*

January 12, 2026
90-13-5-18008

# CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

I certify that to the best of my knowledge and belief the materials identified in the attached list constitute the complete administrative record underlying the United States Department of Energy, Office of Cybersecurity, Energy Security, and Emergency Response's issuance of Order No. 202-25-4 (May 30, 2025), and Order No. 202-25-4B (January 10, 2026).

Executed on this 12th day of January 2026.

*[signature]*

Alexander Fitzsimmons
Director, Office of Cybersecurity, Energy Security, and
Emergency Response
United States Department of Energy

# Administrative Record
# Order No. 202-25-4

| Document Number | Document Title | Submitter/Issuer | Date | Weblink |
|---|---|---|---|---|
| DOE0001 | Order No. 202-25-4 | U.S. Department of Energy | 5/30/2025 | https://www.energy.gov/sites/default/files/2025-05/Federal%20Power%20Act%20Section%20202%28c%29%20PJM%20Interconnection.pdf |
| DOE0002 | Energy Transition in PJM: Resource Retirements, Replacements & Risks | PJM Interconnection | 2/24/2023 | https://www.pjm.com/-/media/DotCom/library/reports-notices/special-reports/2023/energy-transition-in-pjm-resource-retirements-replacements-and-risks.ashx |
| DOE0003 | PJM Interconnection, L.L.C., Order Accepting Tariff Revisions, 190 FERC ¶ 61,084 | Federal Energy Regulatory Commission | 2/11/2025 | https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20250211-3120 |
| DOE0004 | Testimony of Manu Asthana, President and CEO, PJM Interconnection, Keeping the Lights On: Examining the State of Regional Reliability: Hearing Before the Subcomm. on Energy of the H. Comm. on Energy & Com., 119th Cong. (Mar. 25, 2025) | PJM Interconnection | 3/25/2025 | https://www.pjm.com/-/media/DotCom/library/reports-notices/testimony/2025/20250325-asthana-testimony-us-house-subcommittee-energy.pdf |
| DOE0005 | PJM Summer Outlook 2025 | PJM Interconnection | 5/9/2025 | https://insidelines.pjm.com/pjm-summer-outlook-2025-adequate-resources-available-for-summer-amid-growing-risk/ |
| DOE0006 | Strengthening the Reliability and Security of the United States Electric Grid, E.O. 14262 | The White House | 4/8/2025 | https://www.whitehouse.gov/presidential-actions/2025/04/strengthening-the-reliability-and-security-of-the-united-states-electric-grid/ |
| DOE0007 | PJM Statement on the U.S. Department of Energy 202(c) Order of May 30 | PJM Interconnection | 5/31/2025 | https://www.pjm.com/-/media/DotCom/about-pjm/newsroom/2025-releases/20250531-doe-202c-statement-to-defer-retirements-of-certain-generators.pdf |
| DOE0008 | Motion to Intervene and Request for Rehearing of Public Interest Organizations | Natural Resources Defense Council, Citizens for Pennsylvania's Future, Environmental Defense Fund, Sierra Club and Public Citizen | 6/27/2025 | https://www.energy.gov/sites/default/files/2025-07/PJM%20Motion%20to%20Intervene%20and%20Request%20for%20Rehearing%20of%20Public%20Interest%20Organizations.pdf |
| DOE0009 | Public Interest Organizations Exhibits 1-14 | Natural Resources Defense Council, Citizens for Pennsylvania's Future, Environmental Defense Fund, Sierra Club and Public Citizen (Public Interest Organizations) | 6/27/2025 | https://www.energy.gov/sites/default/files/2025-07/Eddystone%20Request%20for%20Rehearing_Exhibits.pdf |

| DOE0010 | Motion to Intervene and Request for Rehearing of the Joint Consumer Advocates | Maryland Office of People's Counsel, the Delaware Division of the Public Advocate, New Jersey Division of Rate Counsel, Illinois Attorney General, and the Citizens Utility Board of Illinois (Joint Consumer Advocates) | 6/27/2025 | https://www.energy.gov/sites/default/files/2025-07/Motion%20to%20Intervene%20and%20Request%20for%20Rehearing%20of%20the%20Joint%20Consumer%20Advocates.pdf |
|---|---|---|---|---|
| DOE0011 | Order No. 202-25-4A, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration | U.S. Department of Energy | 8/1/2025 | https://www.energy.gov/sites/default/files/2025-08/202-25-4A%20Notice%20of%20Denial%20of%20Rehearing%20by%20Operation%20of%20Law%20and%20Providing%20for%20Further%20Consideration.pdf |
| DOE0012 | Order No. 202-25-4B Addressing Arguments Raised on Rehearing | U.S. Department of Energy | 1/10/2025 | https://www.energy.gov/documents/202-25-4b-order-addressing-arguments-raised-rehearing |
| DOE0013 | Puget Sound Power & Light Co., 6 F.P.C. 320 (1947) | Federal Power Commission | 1/14/1947 | N/A |
| DOE0014 | Declaring a National Energy Emergency, E.O. 14156 | The White House | 1/20/2025 | https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-energy-emergency/ |
| DOE0015 | Council of Economic Advisers, The Economic Benefits of Unleashing American Energy | Council of Economic Advisers | 7/1/2025 | https://www.whitehouse.gov/wp-content/uploads/2025/03/The-Economic-Benefits-of-Unleashing-American-Energy.pdf |
| DOE0016 | Energy Transition in PJM: Resource Retirements, Replacements & Risks (2023 4R Report) | PJM Interconnection | 2/24/2023 | https://www.pjm.com/-/media/DotCom/library/reports-notices/special-reports/2023/energy-transition-in-pjm-resource-retirements-replacements-and-risks.ashx |
| DOE0017 | PJM Interconnection, L.L.C., Tariff Revisions for Reliability Resource Initiative, FERC Docket No. ER25-712 | PJM Interconnection | 12/13/2024 | https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20241213-5271 |
| DOE0018 | PJM Interconnection, L.L.C., 192 FERC ¶ 61,085 (2025) | Federal Energy Regulatory Commission | 7/28/2025 | https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20250728-3060&optimized=false&sid=3423a3c2-b7cb-4e95-85a4-1cb9ef015055 |
| DOE0019 | Custom Data Download for Eddystone Generating Station, EPA CAMPD (Clean Air Markets Program Data) (search criteria Emissions >> Daily >> Unit (default) >> Apply >> Time Period >> "June 22, 2025 to June 26, 2025" and "July 27, 2025 to July 31, 2025" >> Preview Data >> Download (search date Jan. 2, 2026) | U.S. Environmental Protection Agency | 6/22/2025-6/26/2025; 7/27/2025-7/31/2025 | https://campd.epa.gov/data/custom-data-download |
| DOE0020 | PJM Emergency Procedures Postings (search range set to: effective from 06/01/2025 until 08/31/2025) | PJM Interconnection | 6/1/2025-8/31/2025 | https://emergencyprocedures.pjm.com/ep/pages/dashboard.jsf |
| DOE0021 | Expansion of Provisional Service, at 2, PJM Planning Committee (Sept. 9, 2025), | PJM Interconnection | 9/9/2025 | https://www.pjm.com/-/media/DotCom/committees-groups/committees/pc/2025/20250909/20250909-item-04---expansion-of-provisional-services.pdf |
| DOE0022 | 2027/2028 Base Residual Auction Report, PJM (2027/2028 BRA Report) | PJM Interconnection | 12/17/2025 | https://www.pjm.com/-/media/DotCom/markets-ops/rpm/rpm-auction-info/2027-2028/2027-2028-bra-report.pdf |
| DOE0023 | PJM Auction Procures 134,479 MW of Generation Resources, PJM Inside Lines (2027/2028 BRA Press Release) | PJM Interconnection | 12/17/2025 | https://www.pjm.com/-/media/DotCom/markets-ops/rpm/rpm-auction-info/2027-2028/2027-2028-bra-report.pdf |

| ID | Title | Source | Date | URL |
|---|---|---|---|---|
| DOE0024 | PJM Auction Procures 134,479 MW of Generation Resources | PJM Inside Lines | 12/17/2025 | https://insidelines.pjm.com/pjm-auction-procures-134479-mw-of-generation-resources/ |
| DOE0025 | U.S. Dep't of Energy, Referral to the Fed. Energy Reg. Comm'n, Docket No. AD25-15-000 (filed June 17, 2025) | U.S. Department of Energy | 6/17/2025 | https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20250617-5308 |
| DOE0026 | Eddystone 3 and 4 Unit Reporting and Commitment Process | PJM Interconnection | 6/12/2025 | https://www.pjm.com/-/media/DotCom/committees-groups/committees/oc/postings/20250612-eddystone-3-and-4-unit-reporting-and-commitment-process.pdf |
| DOE0027 | June 13, 2025 PJM Letter to Secretray Wright, Re: PJM Report in Compliance with Ordering Paragraph D of the Department of Energy's May 30, 2025 Order No. 202-25-4 | PJM Interconnection | 6/13/2025 | https://www.pjm.com/-/media/DotCom/committees-groups/cifp-doe-ca/postings/cifp-doe-pjm-report-on-compliance-with-eddystone.pdf |
| DOE0028 | H.R. Rep. No 113-86 - Resolving Environmental and Grid Reliability Conflicts Act 0f 2013, at 2 | House of Representatves | 5/20/2013 | https://www.congress.gov/committee-report/113th-congress/house-report/86/1 |