# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1193**                                         **September Term, 2025**

**DOE-202-25-4**
**DOE-202-25-8**

**Filed On: February 13, 2026**

Illinois Office of Attorney General, et al.,

       Petitioners

    v.

United States Department of Energy and Chris
Wright, Secretary, United States Department
of Energy,

       Respondents

------------------------------

Consolidated with 25-1194

_____

# No. 25-1287                                         **DOE-202-25-8**

Maryland Office of People's Counsel, et al.,

       Petitioners

    v.

United States Department of Energy and Chris
Wright, Secretary, United States Department of
Energy,

       Respondents

------------------------------

Consolidated with 25-1288

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1193**                                    **September Term, 2025**

### O R D E R

Upon consideration of the unopposed motion to consolidate and to adjust deadline for submittal of proposed briefing formats, and the motions for leave to amend the petitions for review in Nos. 25-1193 and 25-1194, it is

**ORDERED** that the motion to consolidate be granted, and the above-captioned cases are hereby consolidated.  It is

**FURTHER ORDERED** that the motions for leave to amend be granted.  The Clerk is directed to file the lodged amended petition for review in No. 25-1193.  It is

**FURTHER ORDERED** that proposed briefing formats for these consolidated cases are now due within 10 days of the date of this order.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

**By:**    /s/
Scott H. Atchue
Deputy Clerk