NOT YET SCHEDULED FOR ORAL ARGUMENT

Nos. 25-1287, 25-1288
(consolidated with Nos. 25-1193, 25-1194)

---

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

MARYLAND OFFICE OF PEOPLE'S COUNSEL, et al.,
*Petitioners*,

v.

UNITED STATES DEPARTMENT OF ENERGY, et al.,
*Respondents*.

---

Petition for Review of United States Department of Energy Order No. 202-25-8

---

**CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

---

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT LUNDMAN
REBECCA JAFFE
KYLE GLYNN
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9568
kyle.glynn@usdoj.gov

Pursuant to Fed. R. App. P. 17(b)(1)(B) and Circuit Rule 17(b), attached is a

certified list of the materials constituting the administrative record concerning the

petitions for review in case nos. 25-1287 and 25-1288, consolidated with case

nos. 25-1193 and 25-1194.

Respectfully submitted,

/s/ *Kyle Glynn*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT LUNDMAN
REBECCA JAFFE
KYLE GLYNN
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice

*Counsel for Federal Respondents*

March 9, 2026
90-13-5-18008

# CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

I certify that to the best of my knowledge and belief the materials identified in the attached list constitute the complete administrative record underlying the United States Department of Energy, Office of Cybersecurity, Energy Security, and Emergency Response's issuance of Order No. 202-25-8 (Aug. 27, 2025), and Order No. 202-25-08B (March 5, 2026).

Executed on this 6th day of March 2026.

Alexander Fitzsimmons
Director, Office of Cybersecurity, Energy Security, and
Emergency Response
United States Department of Energy

USCA Case #25-1194    Document #2162669    Filed: 03/09/2026    Page 3 of 6

| Document Number | Document Title | Submitter/Issuer | Date | Weblink |
|---|---|---|---|---|
| DOE0001 | Order No. 202-25-8 | U.S. Department of Energy | 8/27/2025 | https://www.energy.gov/sites/default/files/2025-08/202c%20Order%20No.%20202-25-8.pdf |
| DOE0002 | Testimony of Manu Asthana, President and CEO, PJM Interconnection, Keeping the Lights On: Examining the State of Regional Reliability: Hearing Before the Subcomm on Energy of the H. Comm. on Energy & Com., 119th Cong. (Mar. 25, 2025) | PJM Interconnection | 3/25/2025 | https://www.pjm.com/-/media/DotCom/library/reports-notices/testimony/2025/20250325-asthana-testimony-us-house-subcommittee-on-energy.pdf |
| DOE0003 | PJM Summer Outlook 2025 | PJM Interconnection | 5/9/2025 | https://insidelines.pjm.com/pjm-summer-outlook-2025-adequate-resources-available-for-summer-amid-growing-risk/ |
| DOE0004 | Energy Transition in PJM: Resource Retirements, Replacements & Risks | PJM Interconnection | 2/24/2023 | https://www.pjm.com/-/media/DotCom/library/reports-notices/special-reports/2023/energy-transition-in-pjm-resource-retirements-replacements-and-risks.ashx |
| DOE0005 | PJM Interconnection, L.L.C., Order Accepting Tariff Revisions, 190 FERC ¶ 61,084 | Federal Energy Regulatory Commission | 2/11/2025 | https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20250211-3120 |
| DOE0006 | Custom Data Download, EPA CAMPD (Clean Air Markets Program Data), https://campd.epa.gov/data/custom-data-download (search criteria: Emissions >> Monthly >> Unit (default) >> Apply >>Time Period: "2025" and "June"; Facility: "Eddystone Generating Station">> Preview Data) | U.S. Environmental Protection Agency | 6/1/2025-6/30/2025 | https://campd.epa.gov/data/custom-data-download |
| DOE0007 | PJM daily reports to DOE under Order No. 202-25-4. | PJM Interconnection | 6/24/2025-6/27/2025 | PDF only |
| DOE0008 | PJM daily reports to DOE under Order No. 202-25-4. | PJM Interconnection | 7/29/2025-7/31/2025 | PDF only |
| DOE0009 | Resource Adequacy Report: Evaluating the Reliability and Security of the United States Electric Grid | U.S. Department of Energy | 7/7/2025 | https://www.energy.gov/sites/default/files/2025-07/DOE%20Final%20EO%20Report%20%28FINAL%20JULY%207%29.pdf |
| DOE0010 | PPL Corporation Q2 2025 Investor Update | PPLC Corporation | 7/31/2025 | https://filecache.investorroom.com/mr5ir_pplweb2/1245/PPL_2025_Q2_Investor_Update_vFINAL.pdf |
| DOE0011 | Q4 2024 Earnings Call | Dominion Energy Virginia | 2/12/2025 | https://s2.q4cdn.com/510812146/files/doc_financials/2024/q4/2025-02-12-DE-IR-4Q-2024-earnings-call-slides-vTCII.pdf |
| DOE0012 | 2024 Long-Term Reliability Assessment | North American Electric Reliability Corporation | 2/2024 (corrected 7/11/2025) | https://www.nerc.com/globalassets/our-work/assessments/2024-ltra_corrected_july_2025.pdf |
| DOE0013 | Strengthening the Reliability and Security of the United States Electric Grid, E.O. 14262 | The White House | 4/8/2025 | https://www.whitehouse.gov/presidential-actions/2025/04/strengthening-the-reliability-and-security-of-the-united-states-electric-grid/ |
| DOE0014 | Declaring a National Energy Emergency, E.O. 14156 | The White House | 1/20/2025 | https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-energy-emergency/ |
| DOE0015 | PJM Interconnection, L.L.C., Tariff Revisions for Reliability Resource Initiative, FERC Docket No. ER25-712 | PJM Interconnection | 12/13/2024 | https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20241213-5271 |
| DOE0016 | PJM Statement on the U.S. Department of Energy 202(c) Order of May 30 | PJM Interconnection | 5/31/2025 | https://www.pjm.com/-/media/DotCom/about-pjm/newsroom/2025-releases/20250531-doe-202c-statement-to-defer-retirements-of-certain-generators.pdf |
| DOE0017 | PJM Emergency Procedures Postings for the Period between June 1, 2025, and August 31, 2025, *Emergency Procedures* | PJM Interconnection | 6/1/2025-8/31/2025 | https://emergencyprocedures.pjm.com/ep/pages/dashboard.jsf (search range set to: effective from 06/01/2025 until 08/31/2025) |

USCA Case #25-1194      Document #2162669      Filed: 03/09/2026      Page 4 of 6

| ID | Document | Source | Date | URL |
|---|---|---|---|---|
| DOE0018 | Seasonal Forecast, NOAA Climate Prediction Ctr., (Aug. 21, 2025) (search criteria: Enter Year of Forecast Issuance (yyyy format): "2025" & Enter Month of Forecast Issuance (mm format): "08") | National Weather Service Climate Prediction Center | 8/21/2025 | https://www.cpc.ncep.noaa.gov/products/archives/long_lead/llarc.ind.php |
| DOE0019 | Motion to Intervene and Request for Rehearing of the Joint Consumer Advocates (JCA) | Joint Consumer Advocates (JCA) | 9/26/2025 | https://www.energy.gov/sites/default/files/2025-10/JCA%20Request%20for%20Rehearing%20Eddystone%20Order%20No%20202-25-8%20%5BCompiled%5D.pdf |
| DOE0020 | Motion to Intervene and Request for Rehearing of Natural Resources Defense Council, Citizens for Pennsylvania's Future, Environmental Defense Fund, Sierra Club, and Public Citizen (PIO) | Natural Resources Defense Council, Citizens for Pennsylvania's Future, Environmental Defense Fund, Sierra Club, and Public Citizen (PIO) | 9/26/2025 | https://www.energy.gov/sites/default/files/2025-11/Motion%20to%20Intervene%20and%20Request%20for%20Rehearing%20of%20Natural%20Resources%20Defense%20Council%2C%20Citizens%20for%20Pennsylvania%E2%80%99s%20Future%2C%20Environmental%20Defense%20Fund%2C%20Sierra%20Club%20and%20Public%20Citizen.pdf |
| DOE0021 | PIO's Motion to Intervene and Request for Rehearing Table of Exhibits | Natural Resources Defense Council, Citizens for Pennsylvania's Future, Environmental Defense Fund, Sierra Club, and Public Citizen (PIO) | 9/26/2025 | https://www.energy.gov/sites/default/files/2025-11/PIO%20Table%20of%20Exhibits.pdf |
| DOE0022 | Motion to Intervene and Request for Rehearing Errata | Natural Resources Defense Council, Citizens for Pennsylvania's Future, Environmental Defense Fund, Sierra Club, and Public Citizen (PIO) | 10/7/2025 | https://www.energy.gov/sites/default/files/2025-10/PIO%20RFR%20Second%20Eddystone%20202c%202RFR_errata.pdf |
| DOE0023 | Order No. 202-25-8A, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration | U.S. Department of Energy | 10/28/2025 | https://www.energy.gov/sites/default/files/2025-10/Notice%20of%20Denial%20of%20Rehearing%20by%20Operation%20of%20Law%20and%20Providing%20for%20Further%20Consideration%20%20Order%20No%20202-25-8A.pdf |
| DOE0024 | Order No. 202-25-08B, Order Addressing Arguments Raised on Rehearing | U.S. Department of Energy | 3/5/2026 | https://www.energy.gov/documents/order-addressing-arguments-raised-rehearing-202-25-08b |
| DOE0025 | Clean Air Markets Program Data (search criteria Emissions >> Daily >> Unit (default) >> Apply >> Time Period >> "July 1, 2025 to July 31, 2025" >>; Facility: "Eddystone Generating Station">> Preview Data) | U.S. Environmental Protection Agency | 7/1/2025 - 7/31/2025 | https://campd.epa.gov/data/custom-data-download |
| DOE0026 | PJM, Tariff Revisions for Reliability Resource Initiative, FERC Docket No. ER25-712 (Dec. 13, 2024) (December 2024 RRI Filing) | Federal Energy Regulatory Commission | 12/13/2024 | https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20241213-5271 |
| DOE0027 | The Economic Benefits of Unleashing American Energy (July 2025) | Council of Economic Advisers | Jul-25 | https://www.whitehouse.gov/wp-content/uploads/2025/03/The-Economic-Benefits-of-Unleashing-American-Energy.pdf |
| DOE0028 | Expansion of Provisional Service, at 2 | PJM Planning Committee | 9/9/2025 | https://www.pjm.com/-/media/DotCom/committees-groups/committees/pc/2025/20250909/20250909-item-04---expansion-of-provisional-services.pdf |
| DOE0029 | 2027/2028 Base Residual Auction Report | PJM Interconnection | 12/17/2025 | https://www.pjm.com/-/media/DotCom/markets-ops/rpm/rpm-auction-info/2027-2028/2027-2028-bra-report.pdf |
| DOE0030 | 2025 Long-Term Reliability Assessment | North American Electric Reliability Cooperation | Jan-26 | https://www.nerc.com/globalassets/our-work/assessments/nerc_ltra_2025.pdf |
| DOE0031 | Referral to the Federal Energy Regulatory Commission, AD25-15-000 | U.S. Department of Energy | 6/17/2025 | https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20250617-5308 |
| DOE0032 | Eddystone 3 and 4 Unit Reporting and Commitment Process | PJM Interconnection | 6/12/2025 | https://www.pjm.com/-/media/DotCom/committees-groups/committees/oc/postings/20250612-eddystone-3-and-4-unit-reporting-and-commitment-process.pdf |
| DOE0033 | Request for Emergency Order Under Federal Power Act, Section 202(c) | PJM Interconnection | 1/24/2026 | https://www.energy.gov/documents/pjm-202c-application-2026-01-24 |
| DOE0034 | Puget Sound Power & Light Co., 6 F.P.C. 320 (1947) | Federal Power Commission | 1/14/1947 | PDF only |

| DOE0035 | Joseph Rand et al., Queued Up: 2024 Edition, Characteristics of Power Plants Seeking Transmission Interconnection as of the End of 2023 | Lawrence Berkeley National Laboratory | 4/24/2026 | https://eta-publications.lbl.gov/sites/default/files/queued_up_2024_edition_r2.pdf |
|---|---|---|---|---|
| DOE0036 | PJM has been dispatching coal-fired generators less than other generators, Today in Energy | U.S. Energy Information Administration | 6/17/2024 | https://www.eia.gov/todayinenergy/detail.php?id=62343 |
| DOE0037 | As solar capacity grows, duck curves are getting deeper in California, Today in Energy | U.S. Energy Information Administration | 6/21/2023 | https://www.eia.gov/todayinenergy/detail.php?id=56880 |
| DOE0038 | Tex. Comptroller of Pub. Accounts, Fiscal Notes: Winter Storm Uri 2021 | Texas Comptroller | Oct-26 | https://comptroller.texas.gov/economy/fiscal-notes/archive/2021/oct/winter-storm-impact.php |
| DOE0039 | Winter Storm Elliott Event Analysis and Recommendation Report | PJM Interconnection | 7/17/2023 | https://www.pjm.com/-/media/DotCom/library/reports-notices/special-reports/2023/20230717-winter-storm-elliott-event-analysis-and-recommendation-report.ashx |